UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EDWARD DONALD BURLEY #502426, ) | |
|     Plaintiff, ) | |
| ) | |
| -v- ) | |
| ) | No. 1:12-cv-308 |
| MICHAEL MARTIN, ) | |
| MARY BERGHUIS, ) | HONORABLE PAUL L. MALONEY |
| CRAIG CURTIS, ) | |
| JOHN PRELESNIK, and ) | |
| DAVID LESLIE, ) | |
|     Defendants. ) | |
| ) | |

## JUDGMENT

Having dismissed all claims against the named defendants, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendants and against Plaintiff Edward Donald Burley.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: April 9, 2013          /s/ Paul L. Maloney
                             Paul L. Maloney
                             Chief United States District Judge