UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EDWARD DONALD BURLEY #502426, )<br>      Plaintiff, )<br>)<br>-v- )<br>)<br>MICHAEL MARTIN, )<br>MARY BERGHUIS, )<br>CRAIG CURTIS, )<br>JOHN PRELESNIK, and )<br>DAVID LESLIE, )<br>      Defendants. )<br>  ) | No. 1:12-cv-308<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having dismissed all claims against the named defendants, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendants and against Plaintiff Edward Donald Burley.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:  April 9, 2013                        /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge